## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CONNECTOR CASTINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )        No. 4:15-CV-01069-AGF |
| | ) |
| SCREW PRODUCTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF CONSOLIDATION

This matter is before the Court on the unopposed motion (Doc. No. 33) of Plaintiff Connector Castings, Inc. for consolidation, pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 4.03, of the following case with this case:  *Bodourian, Inc. v Screw Products, Inc. d.b.a. Screw Products*, 4:15-cv-01805-JAR.  The two cases arise out of very similar sets of facts, involve the same defendant, and present common issues of law. As part of the unopposed motion, Plaintiff also requests leave to file an amended complaint addressing both related matters.

Finding that the cases present common issues questions of law and fact, and that Defendants do not oppose the motion,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to consolidate Case No. 4:15-cv-01805-JAR with the instant case and for leave to file an amended complaint is **GRANTED**.  (Doc. No. 33.)

**IT IS FURTHER ORDERED** that this Order of Consolidation shall be filed in Case No. Case No. 4:15-cv-01805-JAR, as well as in the instant case; that all future

1

documents shall be filed in the instant case; and that Case No. 4:15-cv-01805-JAR shall be administratively closed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach Plaintiff's proposed amended complaint (Doc. No. 34-1) and proposed exhibits thereto (Doc. Nos. 34-2 & 34-3) and file them as Plaintiff's Amended Complaint and exhibits thereto.

**IT IS FURTHER ORDERED** that on or before **March 18, 2016**, the parties shall file a joint proposed scheduling plan for this consolidated action, after which the Court will determine whether another Rule 16 conference is necessary.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2016.